**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**TIMOTHY ALLEN MILLER**,<br>Probationer | NO. 7: 10-CR-4 (WLS)<br><br>RE: PROBATION VIOLATION |

# O R D E R

TIMOTHY ALLEN MILLER, a **PROBATIONER** in the above-styled criminal proceeding, this day appeared before the undersigned for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. He was advised of the nature of the proceedings against him and of his legal and constitutional rights. With the assistance of legal counsel, Ms. Catherine Leek of the Federal Defenders Office, the **PROBATIONER** waived a preliminary hearing under Rule 32.1(a)(1) of the *Rules* and agreed that a *final* hearing could be scheduled under Rule 32.1(a)(2).

Upon consideration of the provisions of Rule 46(c), the court finds that release from custody at this time is appropriate in this case. The **PROBATIONER** is CONTINUED under probation supervision pending completion of proceedings at his Final Revocation Hearing before the Honorable W. Louis Sands, district judge. This will permit him to continue attending therapy and taking his medication. The **PROBATIONER** shall continue to be subject to the conditions of supervision imposed upon him by the Honorable Walter S. Smith, Jr., district judge, on March 3, 2009, in the Western District of Texas. In addition, he is ORDERED to refrain from the use of any cellular telephone or internet or e–mail device for any purpose whatsoever pending completion of his Final Revocation Hearing before Judge Sands. He shall surrender his cell phone to his supervising probation officer.

IT IS FURTHER ORDERED AND DIRECTED that Mr. Miller be released from custody by the U. S. Marshal FORTHWITH and that he report to his supervising Probation Officer, Ms. Debra P. McLeod, **WITHIN FORTY-EIGHT (48) HOURS** of his release from custody.

SO ORDERED AND DIRECTED, this 8th day of FEBRUARY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE